UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ELAINE MILLER,

        Plaintiff,

  v.

ANDREW SAUL,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

Case No. 20-cv-0801-bhl

## ORDER

This matter is before the Court on the parties' Joint Stipulation and Motion to Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. §405(g) (ECF No. 15), and the Court being duly advised, now grants the motion.

**IT IS HEREBY ORDERED**: this case be remanded to the agency pursuant to the fourth sentence of 42 U.S.C. §405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the Court's order, the Appeals Council will remand the matter to an administrative law judge with instructions to: offer Plaintiff the opportunity for a new hearing; reevaluate the record; proceed through the sequential evaluation process as needed to reach a decision; if the case proceeds past step three of the sequential evaluation process, reevaluate Plaintiff's residual functional capacity; if warranted, obtain additional vocational testimony; and issue a de novo decision.

Dated at Milwaukee, Wisconsin on February 19, 2021.

                                                                s/ *Brett H. Ludwig*_____
                                                                BRETT H. LUDWIG
                                                                United States District Judge